AO 440 (Rev. DC - 2001) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

NEWBURGH GLASS & GLAZING, LLC
 a/k/a Newburgh Glass & Glazing
 a/k/a Newburgh Glass and Glazing

CASE NUMBER  1:06CV01440

JUDGE: Richard J. Leon

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/16/2006

TO: (Name and address of Defendant)

NEWBURGH GLASS & GLAZING, LLC
 a/k/a Newburgh Glass & Glazing
 a/k/a Newburgh Glass and Glazing
2799 Oak Tail Drive
Newburgh, IN  47630

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 16 2006
CLERK                                DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND
ALLIED TRADES INDUSTRY PENSION FUND

Case No.1:06CV01440

vs

NEWBURGH GLASS & GLAZING, LLC
    a/k/a Newburgh Glass & Glazing
    a/k/a Newburgh Glass and Glazing

**SERVICE OF PROCESS ON:** NEWBURGH GLASS & GLAZING, LLC, a/k/a Newburgh Glass & Glazing
    a/k/a Newburgh Glass and Glazing

I, _Buffy Baker_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _8-25-06_
Place of Service: ~~2799 Oak Tail Dr., Newburgh, IN 47630~~  _Delivered documents to business address 101 E. Walnut Evansville, IN 47713_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is: _Jonathan Smiday_  _Manager_
___ Other

Description of Person Receiving Documents: Male/Female, Skin Color _White_
Hair Color _Black_ Age _45_ Hgt _6'_ Wgt _185_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_Buffy Baker_      _8-25-06_
Signature of Server      Date

Kent Cprek, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700