IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br> v. <br><br> NEWBURGH GLASS & GLAZING, LLC <br> a/k/a Newburgh Glass & Glazing <br> a/k/a Newburgh Glass and Glazing <br><br> Defendant. | CIVIL ACTION NO. <br> 06-01440 (RJL) |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Newburgh Glass & Glazing, LLC a/k/a Newburgh Glass & Glazing a/k/a Newburgh Glass and Glazing for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                                      Respectfully submitted,

                                      JENNINGS SIGMOND, P.C.

                                      BY:/s/   Kent G. Cprek
                                      KENT G. CPREK, ESQUIRE
                                      (I.D. NO. 478231)
                                      SANFORD G. ROSENTHAL, ESQUIRE
                                      (I.D. NO. 478737)
                                      The Penn Mutual Towers, 16th Floor
                                      510 Walnut Street, Independence Square
                                      Philadelphia, PA 19106-3683
                                      (215) 351-0615/0611
Date: September 22, 2006          Attorney for Plaintiff

172609-1

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

172609-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01440 (RJL) |
| NEWBURGH GLASS & GLAZING, LLC a/k/a Newburgh Glass & Glazing a/k/a Newburgh Glass and Glazing | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF KENT G. CPREK, ESQUIRE FOR ENTRY OF DEFAULT**

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Newburgh Glass & Glazing, LLC a/k/a Newburgh Glass & Glazing a/k/a Newburgh Glass and Glazing ("Company" or "Defendant"), by Buffy Baker, Special Process Server, who served Jonathan Smiddy, Manager of Company, at 101 East Walnut Street, Evansville, IN 47713 on August 22, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

172609-1

6. Inasmuch as Defendant is a corporation, it is not in the military service.

                I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

                s/   Kent G. Cprek
                KENT G. CPREK, ESQUIRE

Date: September 22, 2006

172609-1                                2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01440 (RJL) |
| NEWBURGH GLASS & GLAZING, LLC a/k/a Newburgh Glass & Glazing a/k/a Newburgh Glass and Glazing | ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF NON-MILITARY SERVICE

I, KENT G. CPREK, ESQUIRE, having been duly sworn according to law hereby deposes and states that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Newburgh Glass & Glazing, LLC a/k/a Newburgh Glass & Glazing a/k/a Newburgh Glass and Glazing, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: September 22, 2006

172609-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Newburgh Glass & Glazing, LLC
> a/k/a Newburgh Glass & Glazing
> a/k/a Newburgh Glass and Glazing
> 101 East Walnut Street
> Evansville, IN 47713

>                   s/    Kent G. Cprek
>                   KENT G. CPREK, ESQUIRE

Date: September 22, 2006

172609-1