IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-01440 (RJL) |
| NEWBURGH GLASS & GLAZING, LLC<br>  a/k/a Newburgh Glass & Glazing<br>  a/k/a Newburgh Glass and Glazing | ) ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, Newburgh Glass & Glazing, LLC a/k/a Newburgh Glass & Glazing a/k/a Newburgh Glass and Glazing ("Company" or "Defendant") in the amount of $53,097.42.  On September 22, 2006, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on September 25, 2006.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Kent Cprek

172615_1.DOC

(attached as Exhibit 2), and a proposed default judgment.

                          Respectfully submitted,

                          JENNINGS SIGMOND, P.C.

                          BY:/s/ Kent G. Cprek
                          KENT G. CPREK, ESQUIRE
                          (I.D. NO. 478231)
                          SANFORD G. ROSENTHAL, ESQUIRE
                          (I.D. NO. 478737)
                          The Penn Mutual Towers, 16th Floor
                          510 Walnut Street, Independence Square
                          Philadelphia, PA 19106-3683
                          (215) 351-0615
Date:  September 28, 2006     Attorneys for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660