**CERTIFICATE OF SERVICE**

    I hereby certify this 28th day of September, 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Kent Cprek and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

                    Newburgh Glass & Glazing, LLC
                      a/k/a Newburgh Glass & Glazing
                      a/k/a Newburgh Glass and Glazing
                          101 East Walnut Street
                            Evansville, IN 47713

DATE: September 28, 2006                  s/ Kent Cprek
                                                       KENT CPREK, ESQUIRE