IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NEWBURGH GLASS & GLAZING, LLC ) <br>   a/k/a Newburgh Glass & Glazing ) <br>   a/k/a Newburgh Glass and Glazing ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 06-01440 (RJL) |

**JENNINGS SIGMOND ATTORNEYS' FEES – September 2006**

Jerome A. Flanagan, Esquire         JAF         Shanna M. Cramer, Esquire   SMC

| Date | Attorney | Task | Time |
|---|---|---|---|
| 9/7/06 | JAF | Review of Documents <br> Telephone conference with Defendant re: settlement <br> Telephone conference with client, T.Montemore | 0.6 |
| 9/8/06 | JAF | Review fax from Defendant <br> Review of Documents <br> Telephone conference with Defendant re: settlement <br> Telephone conference with client, T.Montemore | 0.6 |
| 9/11/06 | JAF | Telephone conference with Defendant re: settlement | 0.3 |
| 9/21/06 | JAF | Telephone conference with client, P. Gilbert re: update <br> Review of Documents <br> Memo to File | 1.4 |
| 9/22/06 | JAF | Telephone conference with client, P. Gilbert <br> Telephone conference with client, T.Montemore <br> Review of Documents <br> Preparation of Request to Enter Default <br> Preparation of Motion for Judgment by Default | 4.5 |

172615_1.DOC



| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/25/06 | JAF | Preparation of Motion for Judgment by Default<br>Telephone conference with client, P. Gilbert<br>Telephone conference with client, T. Montemore<br>Review and Revision of Motion for Judgment by Default | 4.3 |
| 9/27/06 | SMC | Review and Revision of Motion for Judgment by Default | 0.4 |
| 9/27/06 | JAF | Telephone conference with client, P. Gilbert re: July & August Reports received<br>Review of Documents<br>Review and Revision of Motion for Judgment by Default | 2.1 |

                                                                               **Total:    13.2**

**September 2006 Summary**

| | | | |
|---|---|---|---|
| JAF | 12.8 Hrs x $200.00 | = | $2,560.00 |
| SMC | 0.4 Hrs x $200.00 | = | $80.00 |
| Attorneys' Fees from 8/06 | | = | $794.00 |
| Fees & Costs | | = | $575.46 |
| **Grand Total:** | | | **$4,009.46** |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 7371  
Friday, September 22, 2006  
Beginning To End  

Printed By MHT  
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28192 | Newburgh Glass & Glazing, LLC | Sigmond, Richard B. |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/3/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding new delinquency case<br>Review of Documents<br>Preparation of litigation memo |
| 8/7/2006 | JAF | 1.50 | 1.50 | 200.00 | $300.00 | | | Review of Documents<br>Computer Research<br>Preparation of Complaint |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 08/07/2006 | Original Period Unlocked | 08/07/2006 | 8 | 2006 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/8/2006 | JAF | 0.10 | 0.10 | 200.00 | $20.00 | | | Phone Conference with Client regarding owner's failure to settle |
| 8/10/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | | Review and Revision of Complaint |
| 8/15/2006 | CTM | 0.80 | 0.80 | 70.00 | $56.00 | | | Phone Conference with Court Clerk regarding Complaint<br>Preparation of Complaint for Electronic Court Filing |
| 8/15/2006 | JAF | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of correspondence from Peggy regarding status of filing<br>Computer Research regarding status of Complaint<br>Letter to Client regarding Complaint sent for filing |
| 8/18/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 8/21/2006 | CTM | 1.20 | 1.20 | 70.00 | $84.00 | | | Preparation of Complaint for Service<br>Letter to Errands regarding Serving Same<br>Letter to Secretary of Labor and Internal Revenue Service |
| 8/31/2006 | JAF | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Affidavits of Service<br>Memo to File |

**Billed Time Totals**  5.40  5.40  $794.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 8/15/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 8/15/2006 | $13.51 | COPY | Photocopies |
| 8/19/2006 | $13.36 | SD | Special Delivery |
| 8/21/2006 | $0.49 | COPY | Photocopies |
| 8/31/2006 | $198.10 | 7100 | Service Fee |

**Billed Expenses Totals**  $575.46

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Report ID: OT2025 - 7371
Friday, September 22, 2006

Beginning To End

Printed By  MHT
Page  2

|  | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| **Report Totals** | 5.40 | 5.40 | $794.00 | $575.46 | $1,369.46 |

*** End Of Report ***